# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

145880

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIAM BRYAN POLSTON,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145880
COA: 303302
Eaton CC: 10-020227-FC

On order of the Court, the application for leave to appeal the July 26, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012

Clerk

t1217